**No. 26-20220**

# In The
# United States Court of Appeals
## For The Fifth Circuit

JUSTIN PULLIAM,

*Plaintiff-Appellant*,

v.

FORT BEND COUNTY, TEXAS; ERIC FAGAN, Sheriff, in his Individual Capacity; TAYLOR ROLLINS, Officer, in his Individual Capacity,

*Defendants-Appellees*.

On appeal from the U.S. District Court for the
Southern District of Texas; No. 4:22-cv-4210

## MOTION TO WITHDRAW AS COUNSEL FOR APPELLANT

Christen Hebert
INSTITUTE FOR JUSTICE
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

| **Plaintiff-Appellant** | **Counsel for Plaintiff-Appellant** |
|---|---|
| Justin Pulliam | INSTITUTE FOR JUSTICE |
| | Christen Hebert, lead counsel below |
| | Jeffrey Rowes, co-counsel below |
| | Michael Pena, co-counsel below |
| | Austin, TX |

| **Defendants-Appellees** | **Counsel for Defendants-Appellees** |
|---|---|
| Fort Bend County, Texas | FORT BEND COUNTY ATTORNEY'S OFFICE |
| Eric Fagan | Kevin Hedges |
| Taylor Rollins | Rolf Krueger , II, co-counsel below |
| | Richmond, TX |

| **Other Interested Parties** | **Counsel for Other Interested Parties** |
|---|---|
| Robert Hartfield | FORT BEND COUNTY ATTORNEY'S OFFICE |
| Jonathan Garcia | Kevin Hedges |
| Ricky Rodriguez | Rolf Krueger , II, co-counsel below |
| | Richmond, TX |

/s/ Christen Hebert
Christen Hebert

i

## Motion to Withdraw as Counsel for Appellant

In accordance with Fifth Circuit Rule 27.1, Christen Hebert respectfully moves the Court to withdraw as counsel for Appellant Justin Pulliam.

Ms. Hebert respectfully requests that the Court withdraw her as counsel for Appellant Justin Pulliam. While Ms. Hebert filed Mr. Pulliam's Notice of Appeal in the underlying district court case, she does not represent him on appeal.

Mr. Pulliam was notified of Ms. Hebert's intent to withdraw from this appeal and was served a copy of this motion on June 18, 2026. A signed copy of Mr. Pulliam's consent to Ms. Hebert's withdrawal is attached.

For the foregoing reasons, this motion of Christen Hebert to withdraw as counsel for Appellant should be granted.

Dated: June 18, 2026.                    Respectfully submitted,

/s/ Christen Hebert
Christen Hebert
Institute for Justice
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
chebert@ij.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, an electronic copy of the foregoing was filed with the Clerk of Court for the U.S. Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and that service will be accomplished by electronic mail upon the following:

**Plaintiff-Appellant**
Justin Pulliam
P.O. Box 452
Guy, TX 77444
justinpulliam@gmail.com

**Defendants-Appellees**
Kevin Hedges
Fort Bend County Attorney's Office
401 Jackson Street
Richmond, TX 77469
kevin.hedges@fortbendcountytx.gov

/s/ Christen Hebert
Christen Hebert

2

## CERTIFICATE OF COMPLIANCE

1.    This motion complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) and the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E) because it contains 127 words.

2.    This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Equity font.

/s/ Christen Hebert
Christen Hebert

3

# Justin Pulliam

PO Box 452, Guy, Texas 77444

JustinPulliam@gmail.com ★ 832-841-8952

June 17, 2026

To Whom It May Concern:

Christen Mason Hebert does not represent me in *Pulliam v. Fort Bend County, et al.*, No. 26-20220, in the United States Court of Appeals for the Fifth Circuit. To the extent there is something for Mrs. Hebert to withdraw from in this case, I consent. I am proceeding pro se.

You may reach me by email at JustinPulliam@gmail.com or by phone at 832-841-8952. My mailing address is as follows:

Justin Pulliam
PO Box 452
Guy, TX 77444

Please contact me if you require additional information.

Sincerely,

Justin Pulliam