# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 23, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 26-20220    Pulliam v. Fort Bend County
                USDC No. 4:22-CV-4210

The court has taken the following action in this case:

Motion for attorney, Christen Hebert, to withdraw as counsel is GRANTED.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Melissa V. Mattingly, Deputy Clerk
          504-310-7719

Ms. Christen Hebert
Mr. Kevin Troy Hedges
Mr. Nathan Ochsner
Mr. Justin Pulliam