# TRANSCRIPT ORDER FORM (DKT-13) - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court <u>Southern District of Texas</u>                District Court Docket No. <u>4:22-cv-04210</u>

Short Case Title <u>Pulliam v. Fort Bend County, Texas et al</u>

**ONLY ONE COURT REPORTER PER FORM** Court Reporter <u>ERO</u>

Date Notice of Appeal Filed in the District Court <u>04/29/2026</u>            Court of Appeals No. <u>26-20220</u>

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐No hearings ■Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office
**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____
☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant:_____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐Private Funds;    ☐Criminal Justice Act Funds (Enter Authorization-24 via eVoucher);
☐Other IFP Funds;    ☐Advance Payment Waived by Reporter;    ☐U.S. Government Funds

☐Other_____

Signature _Justin Pulliam_                Date Transcript Ordered_____

Print Name <u>Justin Pulliam</u>                Phone <u>832-841-8952</u>

Counsel for_____

Address <u>PO Box 452, Guy, TX 77444</u>

Email of Attorney: <u>JustinPulliam@gmail.com</u>

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel._____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____                Actual Number of Volumes_____

Date _____ Signature of Reporter _____

U.S. COURT OF APPEALS
RECEIVED
MAY 15 2026
FIFTH CIRCUIT

# TRANSCRIPT ORDER FORM INSTRUCTIONS

## INSTRUCTIONS FOR ANYONE FILING A NOTICE OF APPEAL

1. Complete Part 1. Whether or not transcripts are being ordered. A single order form should be used for the same court reporter with multiple proceedings (if the number of proceedings exceed the form limitations, additional forms may be used).

2. Contact each court reporter involved in reporting the proceedings to make arrangements for payment. A SEPARATE ORDER FORM MUST BE COMPLETED FOR EACH COURT REPORTER.

3. Send a copy of the form to the court reporter (via email or mail, ask court reporter). CJA counsel must also enter an Authorization-24 in the U. S. District Court's eVoucher System. Once the Authorization-24 is approved, create the CJA 24 eVoucher for payment.

4. File a copy of this form with the District Court.

5. File a copy of this form with the U.S. Court of Appeals for the Fifth Circuit (Attorneys must e-file. Pro se filers must mail form unless authorized to e-file).

6. Send a copy to other parties.

7. Retain a copy for your files.

FAILURE TO MAKE SATISFACTORY ARRANGEMENTS FOR TRANSCRIPT PRODUCTION, INCLUDING FINANCIAL ARRANGEMENTS WITHIN 14 DAYS OF THE FILING OF THE NOTICE OF APPEAL, MAY RESULT IN THE DISMISSAL OF YOUR APPEAL.

This is an electronic version of the original multipart form. It is your responsibility for ensuring that the correct number of copies are made to meet the distribution requirements.

## INSTRUCTIONS TO COURT REPORTER

To assure the Court of Appeals that the ordering party has fulfilled his or her obligations under FRAP 10(b), for ordering and making adequate financial arrangements with the court reporter, you are requested to complete Part II and file with the Court of Appeals within ten (10) days after receipt. For information on becoming an e-filer, please contact a deputy clerk at the number below.

It is the appellant's responsibility to contact you and make financial arrangements before filling out the form. However, if financial arrangements have not been made within ten (10) days after receipt of transcript order, complete Part II and file with the Court of Appeals. If financial negotiations with the ordering party are still in progress when the 10 days expires, contact a deputy clerk for additional time to complete this form.

If financial arrangements are made after you have notified the Court of Appeals that no financial arrangement were made, immediately notify the Court in writing of the fact, furnishing the estimated delivery date.

THE JUDICIAL COUNCIL'S DISCOUNT DATE BEGINS TO RUN FROM THE DATE SATISFACTORY FINANCIAL ARRANGEMENTS HAVE BEEN MADE.

WRITTEN REQUEST FOR EXTENSION OF TIME WITH EXPLANATION OF CIRCUMSTANCES AND A REQUEST FOR WAIVER OF DISCOUNT MUST BE ADDRESSED TO THE CLERK OF THE CIRCUIT COURT.

Link to contact information: Contact Clerk's Office About My Case or call:
NORTHERN AND WESTERN TEXAS CASE TEAM: 504-310-7806
SOUTHERN AND EASTERN TEXAS CASE TEAM: 504-310-7807
LOUISIANA, MISSISSIPPI, & AGENCY CASE TEAM: 504-310-7808

## CERTIFICATE OF SERVICE

I, Justin Pulliam, hereby certify that on May 13, 2026, I caused the foregoing

Transcript Order Form (DKT-13) to be served upon the following by United States

mail, postage prepaid:

Kevin Troy Hedges
County Attorney's Office for the County of Fort Bend
401 Jackson Street, 3rd Floor
Richmond, TX 77469
        *Counsel for Defendants Fort Bend County, Texas;*
        *Eric Fagan; and Taylor Rollins*

Justin Pulliam
PO Box 452
Guy, TX 77444
832-841-8952
JustinPulliam@gmail.com



This envelope is made from post-consumer waste. Please recycle - again.



* Money Back Guarantee to U.S., select APO/FPO/DPO, and select international destinations. See DMM and IMM at pe.usps.com for complete details.
† Money Back Guarantee for U.S. destinations only.
× For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 4 lbs.

PS 1000 1000 0006



USPS.COM/PICKUP

To schedule free
Package Pickup,
scan the QR code.

# UNITED STATES POSTAL SERVICE®

## PRIORITY MAIL EXPRESS®

EP13F Oct 2018
OD: 12 1/2 x 9 1/2



| | US POSTAGE & FEES PAID IMI | ☐ Stamps.com |
|---|---|---|
| **E** | PRIORITY MAIL EXPRESS | 063S00001484659 |
| | ZONE 4 FLAT-RATE ENVELOPE | 20938827 |
| | Commercial | FROM 77469 |



05/13/2026

### PRIORITY MAIL EXPRESS 1-DAY™

Justin Pulliam                                   **0007**
8919 Japonica Dr
Rosenberg TX 77469-2371            (903) 815-1314

WAIVER OF SIGNATURE

SHIP
TO:    LYLE CAYCE
       600 SOUTH MAESTRI PLACE SUITE 115
       NEW ORLEANS LA 70130-3440



### USPS TRACKING #



9470 1502 0621 7001 2190 85







This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; October 2018; All rights reserved.

**TRANSCRIPT ORDER FORM (DKT-13) – READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court _Southern District of Texas_____ District Court Docket No. _4:22-cv-04210_____

Short Case Title _Pulliam v. Fort Bend County, Texas et al_____

**ONLY ONE COURT REPORTER PER FORM** Court Reporter _David Smith_____

Date Notice of Appeal Filed in the District Court _04/29/2026_____ Court of Appeals No. _26-20220_____

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
**A. Complete the Following:**
☐No hearings ☐Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office
OR
**Check all of the following that apply, include date of the proceeding.**
This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☒Opening Statement of Plaintiff _07/08/2025_____ ☒Opening Statement of Defendant _07/08/2025_____
☒Closing Argument of Plaintiff _07/10/2025_____ ☒Closing Argument of Defendant: _07/10/2025_____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 07/08/2025 | Bench Trial (Entire Proceedings): Justin Pulliam testimony | Judge George C Hanks, Jr. |
| 07/09/2025 | Bench Trial: Ricky Rodriguez, Taylor Rollins, Travis James testimony | Judge George C Hanks, Jr. |
| 07/10/2025 | Bench Trial: Eric Fagan, Justin Pulliam testimony | Judge George C Hanks, Jr. |
| 07/08/2025 | Motion to Exclude and Objections to Plaintiff's Exhibits | Judge George C Hanks, Jr. |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**
**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☐Private Funds;    ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds;    ☐Advance Payment Waived by Reporter;    ☐U.S. Government Funds
☒Other___ Awaiting payment instructions from court reporter _____

Signature _Justin Pulliam_____ Date Transcript Ordered _05/13/2026_____
Print Name _Justin Pulliam_____ Phone _832-841-8952_____
Counsel for_____
Address _PO Box 452, Guy, TX 77444_____
Email of Attorney: _JustinPulliam@gmail.com_____

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel._____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes_____

Date _____ Signature of Reporter _____

# TRANSCRIPT ORDER FORM INSTRUCTIONS

## INSTRUCTIONS FOR ANYONE FILING A NOTICE OF APPEAL

1. Complete Part 1. Whether or not transcripts are being ordered. A single order form should be used for the same court reporter with multiple proceedings (if the number of proceedings exceed the form limitations, additional forms may be used).

2. Contact each court reporter involved in reporting the proceedings to make arrangements for payment. A SEPARATE ORDER FORM MUST BE COMPLETED FOR EACH COURT REPORTER.

3. Send a copy of the form to the court reporter (via email or mail, ask court reporter). CJA counsel must also enter an Authorization-24 in the U. S. District Court's eVoucher System. Once the Authorization-24 is approved, create the CJA 24 eVoucher for payment.

4. File a copy of this form with the District Court.

5. File a copy of this form with the U.S. Court of Appeals for the Fifth Circuit (Attorneys must e-file. Pro se filers must mail form unless authorized to e-file).

6. Send a copy to other parties.

7. Retain a copy for your files.

FAILURE TO MAKE SATISFACTORY ARRANGEMENTS FOR TRANSCRIPT PRODUCTION, INCLUDING FINANCIAL ARRANGEMENTS WITHIN 14 DAYS OF THE FILING OF THE NOTICE OF APPEAL, MAY RESULT IN THE DISMISSAL OF YOUR APPEAL.

This is an electronic version of the original multipart form. It is your responsibility for ensuring that the correct number of copies are made to meet the distribution requirements.

## INSTRUCTIONS TO COURT REPORTER

To assure the Court of Appeals that the ordering party has fulfilled his or her obligations under FRAP 10(b), for ordering and making adequate financial arrangements with the court reporter, you are requested to complete Part II and file with the Court of Appeals within ten (10) days after receipt. For information on becoming an e-filer, please contact a deputy clerk at the number below.

It is the appellant's responsibility to contact you and make financial arrangements before filling out the form. However, if financial arrangements have not been made within ten (10) days after receipt of transcript order, complete Part II and file with the Court of Appeals. If financial negotiations with the ordering party are still in progress when the 10 days expires, contact a deputy clerk for additional time to complete this form.

If financial arrangements are made after you have notified the Court of Appeals that no financial arrangement were made, immediately notify the Court in writing of the fact, furnishing the estimated delivery date.

THE JUDICIAL COUNCIL'S DISCOUNT DATE BEGINS TO RUN FROM THE DATE SATISFACTORY FINANCIAL ARRANGEMENTS HAVE BEEN MADE.

WRITTEN REQUEST FOR EXTENSION OF TIME WITH EXPLANATION OF CIRCUMSTANCES AND A REQUEST FOR WAIVER OF DISCOUNT MUST BE ADDRESSED TO THE CLERK OF THE CIRCUIT COURT.

Link to contact information: Contact Clerk's Office About My Case or call:
NORTHERN AND WESTERN TEXAS CASE TEAM: 504-310-7806
SOUTHERN AND EASTERN TEXAS CASE TEAM: 504-310-7807
LOUISIANA, MISSISSIPPI, & AGENCY CASE TEAM: 504-310-7808

## CERTIFICATE OF SERVICE

I, Justin Pulliam, hereby certify that on May 13, 2026, I caused the foregoing

Transcript Order Form (DKT-13) to be served upon the following by United States

mail, postage prepaid:

Kevin Troy Hedges
County Attorney's Office for the County of Fort Bend
401 Jackson Street, 3rd Floor
Richmond, TX 77469
  *Counsel for Defendants Fort Bend County, Texas;*
  *Eric Fagan; and Taylor Rollins*

*Justin Pulliam*

Justin Pulliam
PO Box 452
Guy, TX 77444
832-841-8952
JustinPulliam@gmail.com