No. 26-20220

# In the United States Court of Appeals for the Fifth Circuit

JUSTIN PULLIAM,

*Plaintiff-Appellant,*

v.

FORT BEND COUNTY, TEXAS; ERIC FAGAN, Sheriff, in his Individual Capacity; TAYLOR ROLLINS, Officer, in his Individual Capacity,

*Defendants-Appellees.*

On Appeal from the United States District Court for the
Southern District of Texas, No. 4:22-cv-04210

## APPELLANT'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b) and Fifth Circuit Rule 42.1, Plaintiff-Appellant Justin Pulliam hereby moves for voluntary dismissal with prejudice of the above-captioned appeal, with each side to bear its own costs incurred in connection with this appeal. Defendants-Appellees do not oppose this motion.

Dated: June 23, 2026                    Respectfully submitted,

                                        /s/ Justin Pulliam
                                        Justin Pulliam
                                            *Pro Se Appellant*
                                        PO Box 452
                                        Guy, TX  77444
                                        (832) 841-8952
                                        JustinPulliam@gmail.com

1

**CERTIFICATE OF CONFERENCE**

On June 18, 2026, Plaintiff-Appellant conferred with Kevin T. Hedges, counsel for Defendants-Appellees, who confirmed on June 19, 2026, that Defendants-Appellees are unopposed to dismissal of this appeal with prejudice.

Dated: June 23, 2026                     /s/ Justin Pulliam
                                         Justin Pulliam

**CERTIFICATE OF COMPLIANCE**

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and Fed. R. App. P. 27(a)(2)(B), this document contains 47 words.

This document complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 Version 2605 in 14-point Times New Roman.

Dated: June 23, 2026                     /s/ Justin Pulliam
                                         Justin Pulliam

## CERTIFICATE OF SERVICE

I, Justin Pulliam, hereby certify that on June 23, 2026, I caused the foregoing Appellant's Unopposed Motion for Voluntary Dismissal to be served upon the following by United States mail, postage prepaid:

Kevin Troy Hedges
County Attorney's Office
401 Jackson Street, 3rd Floor
Richmond, TX 77469
  *Counsel for Defendants Fort Bend County, Texas;*
  *Eric Fagan; and Taylor Rollins*

Dated: June 23, 2026                    /s/ Justin Pulliam
                                        Justin Pulliam