# United States Court of Appeals
## for the Fifth Circuit

**A True Copy**
**Certified order issued Jun 23, 2026**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 26-20220

---

JUSTIN PULLIAM,

*Plaintiff—Appellant,*

*versus*

FORT BEND COUNTY, TEXAS; ERIC FAGAN, *Sheriff, in his Individual Capacity*; TAYLOR ROLLINS, *Officer, in his Individual Capacity*,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-4210

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of June 23, 2026, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Melissa Mattingly*

By: _____
Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT